

## THE MOORISH NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

*Aboriginal and Indigenous Natural Peoples of North-West Amexem North America*

*Original Certificate of Exemption*
*(American Declaration on the Rights of Indigenous Peoples)*
Adopted June 15, 2016 General Assembly U.N.

This **Certificate of Exemption** is prepared in accordance with de jure Ancient Aboriginal, Indigenous, Divine, Living, Natural Moabite Moorish American National, **Ammallah Kortia Mooris-Bey**, true and de jure natural person in flesh and blood- a *heiress of the land*, do declare, establish, execute, express, and proclaim For The Record, By The Record, and On The Record:

I am a Sovereign Aboriginal **Indigenous** Moor/Maroon-American National of the Americas and adjoining Islands Exercising my Right to **Impunity**.
All Rights Retained and Reserved.

Concerned that *indigenous peoples* have suffered from historic injustices as a result of, inter alia, their colonization and dispossession of their lands, territories and resources, thus preventing them from exercising, in particular, their right to development in accordance with their own needs and interest.

**Article I**
2. Self-identification as **indigenous peoples** will be fundamental criteria for determining to whom this Declaration applies. The states shall respect the right to such self-identification as indigenous, individually or collectively.

**Article III**
Indigenous peoples have the right to self-determination. By virtue of that right, they freely determine their political status and freely pursue their economic, social and cultural development.

**Article XXXVIII**
The Organization of American States, its organs, agencies, and entities, shall take all necessary measures to promote the full respect, protection, and application of the rights of indigenous peoples contained in the Declaration and shall endeavor to ensure their efficacy.

I Am: *ABey*
Ammallah Kortia Mooris-Bey
[Authorized Representative]
Free and Sovereign Aboriginal, Indigenous
Moor American National
All Rights Reserved

  

# THE MOORISH NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North-West Amexem North America*

## Federally Recognized Exemption Status Affidavit

**UNITED STATES DISTRICT COURT OF MASSACHUSETTS**
c/o: Robert M. Farrell **[CLERK OF COURTS]**
1 Courthouse Way
Boston, Massachusetts 02210

RE: Aboriginal/Indigenous Federal and State Status Exemption

Date: July 10, 2019

Greetings Mr. Farrell,

I am writing to you to request an authenticated **UNITED STATES SUPREME COURT Federally Recognized Aboriginal/Indigenous Exemption Card** or **Letter** specifying that I, Ras Ammallah Mooris-Bey, an American National, am **Lawfully** and Legally Exempt and is federally recognized to exercise all inalienable, unalienable, birth, hereditary, Constitutional, substantive and secured rights to **Corporeal/Incorporeal Hereditaments** to **shelter, food, clothing,** and **transportation** free from denial, molestation, violence, or obligation; only owing to the public due care.

I Am: *[signature]*
Ras Ammallah Mooris Bey
[Authorized Representative]
Free and Sovereign Moorish American National
In Propia Persona
Sui Juris
Northwest Africa/Amexem/America
**EX REL: AMMALLA KORTIA MORRIS**
All Rights Reserved

# Proclamations Affirming Moors Are Aboriginals

Many active and conscious Moorish-Americans across our North continent (America) have been consistent and dedicated in their duties and responsibilities to answer up to their constitution principles. In exercising their (our) Unalienable Rights and their (our) Divine Birthrights, Moors have been working to take their places in the affairs of men.

On December 22, 2011, Rahm Emanuel, Mayor of Chicago (Mecca) published a Proclamation that affirmed that Moors are the aboriginal and indigenous people of North America, South America, Central America and the adjoining Islands. To date '7' other City Officials have proclaimed the very same proclamation.

**A Proclamation** is the act of 'Proclaiming' or 'Publishing', which is an 'Avowel' (open Declaration) or a formal 'Declaration'. This act causes some 'State' matters to be 'Published' or to be made generally known; and by virtue of the said 'matter' being placed in *written form* and issued by proper authority.

## United States North American Republic Constitution, Article IV, Section 1

### Article IV

**Section 1.** Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. And the Congress may by general laws prescribe the manner in which such acts, records, and proceedings shall be proved, and the effect thereof.

| Location / Territory: | Public Servant Office / Official: | Day: |
|---|---|---|
| Chicago, Illinois | Rahm Emanuel, Mayor | December 22, 2011' |
| Omaha, Nebraska | Jim Smith, Mayor | January 5, 2012 |
| Tacoma, Washington | Marilyn Strickland, Mayor | January 4, 2012 |
| Charlotte, North Carolina | Anthony R. Foxx, Mayor | January, 2012 |
| Baltimore, Maryland | Stephanie Rawlings, Mayor | January 8, 2012 |
| Fayetteville, North Carolina | Anthony G. Chavonne | January, 2012 |
| Lynchburg, Virginia | Joan F. Foster, Mayor | January 2012 |
| Little Rock, Arkansas | Mark Stodola, Mayor | January 8, 2012 |
| Trenton, New Jersey | Tony Mack, Mayor | January, 2012 |
| Tyler, Texas | Barbara Bas, Mayor | January, 2012 |
| Atlanta, Georgia | C.T. Martin, Council Member | January 2012 |

## Previous Proclamations / Resolutions:

| | | |
|---|---|---|
| Washington, D.C. | Mayor, <br> "Noble Drew Ali Day" | September 2011 |
| Philadelphia, Pennsylvania | John Street, Mayor <br> "Noble Drew Ali Day" | January, 2001 |
| Philadelphia, Pennyslvania | David Cohen, Pres. City Council | September, 1991 |
| Philadelphia, Pennsylvania | Senate Resolution #75 <br> "Use of 'names' - Beys and Els" | April, 1933 |
| **Sundry Free Moors** <br> *South Carolina* | **State Records of South Carolina** <br> *Journal of The House of Representatives* | **January 1790** |