# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAS AMMALLAH MOORIS BEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-11621-DJC |
| JAMES GIGIELLO, et al., | ) |
| Defendants. | ) |

## ORDER

**CASPER, J.**                                                                                       **October 10, 2019**

On July 25, 2019, the Clerk of Court received several submissions from Plaintiff Ras Ammallah Mooris Bey ("Bey"), a resident of Boston, Massachusetts. D. 1. Bey did not file a complaint and did not pay the filing fee or a motion for leave to proceed *in forma pauperis*.

On September 6, 2019, Bey was ordered to file a complaint accompanied by either the filing fee or a motion for leave to proceed *in forma pauperis*. D. 3. The order stated that failure of Bey to comply likely will result in the dismissal of this action.

To date, Bey has not responded to the court's Order and the time to do so has expired. Having received no response to the September 6, 2019 Memorandum and Order, the above entitled action is hereby DISMISSED.

**SO ORDERED.**

                                                                                                               /s/ Denise J. Casper
                                                                                                                Denise J. Casper
                                                                                                                United States District Judge